FILED
6/7/17 9:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cynthia A. Adams-Glenn aka Cynthia A. Glenn<br>　　　　　　　　Debtor(s) | BK. NO. 17-20977 GLT |
| Santander Consumer USA Inc., an Illinois corporation d/b/a Chrysler Capital<br>　　　　　　　　Movant<br>　　　v.<br>Cynthia A. Adams-Glenn aka Cynthia A. Glenn<br>　　　　　　　　Respondent<br>　　　and<br>Robert Shearer Esq., Trustee<br>　　　　　　　　Additional Respondent | CHAPTER 7<br><br>Related to Docket No. 15 |

### DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

　　This _7th Day of June,_ 2017, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

　　**ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Sections 362 (d) and 1301 (if applicable) with respect to vehicle, 2014 CHEVROLET IMPALA LIMITED , VIN: 2G1WB5E39E1131811 .

　　Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest (unless they are otherwise served) and file a certificate of Service.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cc:　　James C. Warmbrodt, Esquire
　　　　jwarmbrodt@kmllawgroup.com
　　　　KML Law Group, P.C.
　　　　BNY Independence Center
　　　　701 Market Street, Suite 5000
　　　　Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Cynthia A. Adams-Glenn  
      Debtor

Case No. 17-20977-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut      Page 1 of 1      Date Rcvd: Jun 07, 2017  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2017.  
db           +Cynthia A. Adams-Glenn,    900 Adelaide Street,    Pittsburgh, PA 15219-5715

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2017 at the address(es) listed below:

         James    Warmbrodt     on behalf of Creditor     Santander Consumer USA Inc., an Illinois corporation d/b/a Chrysler Capital bkgroup@kmllawgroup.com  
         Kenneth Steidl     on behalf of Debtor Cynthia A. Adams-Glenn julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft     on behalf of Creditor     Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
         Robert    Shearer     information@robertshearer.com,     rshearer@ecf.epiqsystems.com;rspclaw@gmail.com  
         Robert    Shearer     on behalf of Trustee Robert    Shearer information@robertshearer.com, rshearer@ecf.epiqsystems.com;rspclaw@gmail.com  
                                                                                               TOTAL: 6